Fedco Electrical Contractors, Inc., Plaintiff-Appellee,
v. Samuel M. McKendree, Defendant-Appellant.

Gen. No. 10,247. 

Third District.

January 5, 1960.

Released for publication January 21, 1960.

 Unger, Litak, and Groppi, for defendant-appellant; Graham, Wise, and Meyer, for plaintiff-appellee. Opinion by JUDGE ROETH. **Not to be published in full.**